Respite Care Associates, Inc.
2139 Georgia Avenue, NW
Suite 1B
Washington, DC 20001

**Statement**

330 866

*(circled: no provider number)*

DATE
2/14/01

R 2/20/01

TO:
Hart, Zeddie
1301 Belmont St NW Apt 4
Wash DC 20001

AMOUNT DUE: $11,234.63

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 08/31/00 | Balance forward | | |
| 09/14/00 | #1 - Personal Care Services | | 0.00 |
| 09/14/00 | #1.5 - Case Management | 11,904.00 | 11,904.00 |
| 09/15/00 | PMT - 000914-010955 | 500.00 | 12,404.00 |
| 10/14/00 | #2 - Personal Care Services | -11,495.00 | 909.00 |
| 10/14/00 | #2.5 - Case Management | 11,904.00 | 12,813.00 |
| 10/17/00 | PMT - 001017-005734 | 500.00 | 13,313.00 |
| 11/14/00 | #3 - Personal Care Services | -11,520.00 | 1,793.00 |
| 11/14/00 | #3.5 - Case Management | 10,752.00 | 12,545.00 |
| 12/13/00 | PMT | 500.00 | 13,045.00 |
| | | -1,810.37 | 11,234.63 |

*(handwritten: Sept, Oct, Nov, Nov. $11,252.00)*

**PLAINTIFF'S EXHIBIT 32**

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 11,234.63 | 0.00 | 0.00 | 0.00 | 0.00 | $11,234.63 |

072