UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR SALAZAR, *et al.*, on behalf of themselves and all others similarly situated,<br>      Plaintiffs,<br><br>    v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br>      Defendants. | Civil Action No. 93-452 (GK)<br>*In Forma Pauperis* |

PLAINTIFFS' MOTION FOR AN ORDER ADJUDGING DEFENDANTS
TO BE IN CONTEMPT OF COURT AND IMPOSING
A COERCIVE REMEDY FOR THE CONTEMPT

Plaintiffs move this Court for an Order that defendants, the District of Columbia, Anthony A. Williams, in his official capacity as Mayor of the District of Columbia, and Yvonne Gilchrist, Director of the Department of Human Services, be adjudged in contempt of an order of this Court, filed January 12, 2005.

In its Order of January 12, 2005, the Court ordered defendants to pay, within 45 days of the date of the Order (i.e., by February 28, 2005, since the 45th day was a Saturday), $211,108.16, plus interest from the date of the Order, to Terris, Pravlik & Millian, LLP, representing attorneys' fees and expenses incurred from January to June 2004.

Plaintiffs move the Court for an Order that defendants be adjudged in contempt of this Order of this Court based on their failure to pay the required amounts to Terris, Pravlik & Millian, LLP, by the date specified. Plaintiffs further move this Court for an Order imposing a coercive remedy, i.e., if the defendants fail to pay the amount due within three days of the Order, a per diem civil contempt penalty of $500 per day for every day within five days of the date the Court issues the

Order, $1,000 per day from 6 through 15 days, and $1,500 per day for every day over 15 days, until payment is made.

A supporting Memorandum of Points and Authorities and a proposed Order are attached.

STATEMENT PURSUANT TO RULE 7.1(m)

Plaintiffs' counsel conferred with defendants' counsel, Robert C. Utiger, concerning this motion by writing him a letter and sending him an e-mail on March 14, 2005, calling his attention to the Order, and requesting immediate payment of the past due amount. In a telephone call on March 21, 2005, Mr. Utiger stated that payment would be made to plaintiffs no later than March 25, 2005. Plaintiffs' counsel had previously called Mr. Utiger's attention to the Order in a letter of February 28, 2005, to Judge Kessler which was copied on Mr. Utiger, during the March 4, 2005, status conference with Judge Kessler, and during a March 8, 2005 meeting with Mr. Utiger. Plaintiffs' letter of March 14, 2005, also stated that unless payment was received promptly, plaintiffs would file an enforcement motion with the Court.

Mr. Utiger made no response to plaintiffs' letter or e-mail message. Plaintiffs expect defendants to oppose this motion.

    Respectfully submitted,

    /s/ <u>Kathleen L. Millian</u>

    BRUCE J. TERRIS, Bar #47126
    KATHLEEN L. MILLIAN, Bar #412350
    LYNN E. CUNNINGHAM, Bar #221598
    Terris, Pravlik & Millian, LLP
    1121 12th Street, N.W.
    Washington, DC  20005
    (202) 682-2100

    JANE PERKINS

                              NATIONAL HEALTH LAW PROGRAM
                              211 N. Columbia Street, 2nd Floor
                              Chapel Hill, NC  27514
                              (919) 968-6308

                              ROBERT BERLOW, Bar #928069
                              805 Fairfield Estates Court
                              Crownsville, MD  21032
                              (301) 912-2281

                              Counsel for Plaintiffs

March 28, 2005