UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OSCAR SALAZAR, *et al.*,                :
                                        :
            Plaintiffs,               :
                                        :
v.                                      :   Civil Action No. 93-452 (GK)
                                        :
DISTRICT OF COLUMBIA, *et al.*,         :
                                        :
            Defendants.               :

## MEMORANDUM

After completion of oral argument in open Court this morning and upon returning to Chambers, the Court found the attached article which had been left for its consideration by the Court Monitor, Dr. Henry Ireys. The Court attaches the article for counsel's information.

In addition, Dr. Ireys indicated in a note that "rates of dental visits were better for children enrolled in NC's S-CHIP plan compared with children in Medicaid, probably because the children were from a somewhat higher income bracket and because S-CHIP is designed like private insurance. Even in the S-CHIP group, the dental rate was 50%."

January 12, 2007

                                              /s/ Gladys Kessler
                                              Gladys Kessler
                                              United States District Judge

**Copies via ECF to all counsel of record**