

## LEADCARE QUOTE

CONTACT: **Valentine Breitbarth, MPH**
CUSTOMER NAME: **DC Department of Health Care Finance**
ADDRESS: Division of Children's Health Services, 899 North Capitol Street, NE, 6th Floor, Washington, DC
TELEPHONE: **202-299-2117**
CUSTOMER ID: **SF45073**

SALES REP: **Bruce Weiner**
TELEPHONE: **978-250-7070**
FAX: 800-755-5095

QUOTE NUMBER: **O-11182**
DATE: **August 4, 2011**          EXPIRATION DATE: Sept 4, 2011
SHIPPING TERMS: **F.O.B. Factory, Chelmsford, MA**   PAYMENT TERMS: **NET 30 Days**

| DESCRIPTION | ITEM # | UNIT PRICE | QTY | Line TOTAL |
|---|---|---|---|---|
| LEADCARE II ANALYZER KIT | 70-6760 | USD 2,369.00 | 2 | USD 4,738.00 |
| LEAD CARE II BLOOD LEAD TEST KIT | 70-6762 | USD 0.00 | 4 | USD 0.00 |
| **Shipping estimate** | | | | 50.00 |
| **Sub Total** | | | | **USD 4,788.00** |

This is a quotation on the goods named, subject to the conditions noted below.

To accept this quotation. Sign here and return: _____

**This quotation is valid only for the period set forth above, and is subject to the attached terms and conditions.
Customer Service Contact Information: 800-959-5095 #4**

# LEADCARE TERMS AND CONDITIONS OF SALE

These terms and conditions of sale shall govern all orders for and purchases of products and services from the company named on the face hereof ("Seller"), unless other terms are specifically designated by Seller to apply to a specific product or service.

**1. GENERAL**. Seller hereby offers for sale to the buyer named on the face hereof ("Buyer") the products and services listed on the face hereof (the "Products") on the express condition that Buyer agrees to accept and be bound by these terms and conditions. Any provisions contained in any form issued by Buyer shall not operate to vary any of the terms and conditions set forth herein unless expressly agreed to by Seller in writing. If Buyer objects to any term or condition set forth herein, this objection must be in writing and received by Seller at the address stated on the face of this document prior to Seller's delivery of any Products. All orders are subject to acceptance in writing by an authorized representative of Seller. Seller's failure to object to any provision contained in communication from Buyer will not be construed as a waiver of these terms and conditions or as an acceptance of such provision. IF THESE TERMS AND CONDITIONS ARE NOT ACCEPTABLE AS PART OF A BINDING SALES CONTRACT BETWEEN BUYER AND SELLER, BUYER MUST SO NOTIFY SELLER AT ONCE IN WRITING. Retention by Buyer of any Products, or payment by Buyer of any invoice under the contract, will be conclusively deemed acceptance of these terms and conditions.

**2. PRICES**. Seller's quotations are valid for 30 days unless otherwise stated in the quotation. The price for Products shall be the price stated on the face hereof. If the price is stated by reference to a published price list, then the price shall be the published price in effect at the time Seller receives Buyer's purchase order. Prices do not include taxes, fees, licenses, duties or levies ("Taxes") and, unless otherwise stated in Seller's quotation, transportation charges, freight and insurance. All Taxes related to Products shall be paid by Buyer (other than taxes assessed against Seller's net income), or in lieu thereof, Buyer shall provide a tax exemption certificate acceptable to the relevant taxing authorities. Taxes and other charges payable by Buyer may be billed as separate items on Seller's invoice.

**3. TERMS OF PAYMENT**. If no payment terms are stated on the face hereof, payment shall be net thirty (30) days from the date of Seller's invoice. If the Products are delivered in installments, Buyer will pay for each installment in accordance with the payment terms specified above. Delays in delivery shall not extend terms of payment. If Buyer fails to pay any amounts when due, Buyer shall pay Seller interest thereon at a periodic rate of the lesser of one percent (1.0%) per month or the maximum legal rate, together with all costs and expenses (including without limitation reasonable attorneys' fees and disbursements and court costs) incurred by Seller in collecting such overdue amounts or otherwise enforcing Seller's rights hereunder. Seller reserves the right to require from Buyer full or partial payment in advance, or other security satisfactory to Seller, at any time Seller believes in good faith that Buyer's financial condition does not justify the terms of payment specified. All payments shall be made in U.S. Dollars and shall be paid fully, without set-off, deduction or counterclaim.

**4. DELIVERY, TITLE, AND RISK OF LOSS**. All products will be tendered and shipped F.O.B. place of shipment and may be so tendered in several lots. In the absence of specific instructions, Seller will select the carrier and ship freight prepaid and added to the price of the Products. Seller will not be deemed to assume any liability in connection with any shipment because of the selection of a carrier or obtaining or failure to obtain insurance. Title and risk of loss or damage to each of the Products will pass to Buyer when delivery is made to the possession of the carrier; provided, however, that title to any Software incorporated within or forming a part of the Products shall at all times remain with Seller or the licensor(s) thereof, as the case may be. The Products will be insured in transit at the expense of Buyer. Seller will provide standard packing or packing as specified by Buyer in writing at the time of its order, and the cost of same, as determined by Seller, shall be paid by Buyer. Seller reserves the right to stop delivery of Products in transit and to withhold shipments in whole or in part if Buyer fails to make any payment to Seller when due or otherwise fails to perform its obligations hereunder. All shipping dates are approximate only, and Seller will not be liable for any loss or damage resulting from any delay in delivery or failure to deliver which is due to any cause beyond Seller's reasonable control.

**5. CANCELLATION AND RETURN OF PRODUCTS**. After acceptance of Buyer's order by Seller, the order shall not be subject to cancellation by Buyer unless Buyer pays Seller's cancellation charges. Orders in process may not be changed except with Seller's written consent and upon agreement by the parties as to an appropriate adjustment in the purchase price therefore. All sales are final. No Products will be accepted for return and no credit will be allowed on any Products returned unless Seller has granted prior written permission. Seller will require a 20% restocking charge with respect to any restocking requested by Buyer.

**6. REJECTION**. Any claims for damaged, missing or defective Products must be reported in writing by Buyer within 10 days from the date of receipt of Products. In addition, Buyer must promptly return a rejected Product to Seller, C.O.D, accompanied by a valid return authorization number obtained from Seller. Seller may refuse any Product not timely rejected or sought to be returned without a valid return authorization number. For any valid claim timely made, Seller, at its option, may repair or replace a Product with an identical or substantially similar Product.

**7. SECURITY INTEREST**. Seller reserves and Buyer grants to Seller a purchase money security interest in all Products sold and all proceeds thereof to secure the full payment and performance by Buyer of its obligations and liabilities to Seller. Buyer acknowledges and agrees that this document or copies of this document may be filed with the appropriate authorities as a financing statement and agrees to execute and deliver such other documents as Seller may request in order to evidence or perfect such security interest. Payment in full of all amounts owed for and related to such Products shall release the security interest on the Products.

**8. LIMITED WARRANTY**. A. Seller warrants to Buyer that each Product manufactured by Seller will be free from defects in material and workmanship in normal use from the date of delivery to Buyer as the original purchaser, for the following periods: instruments and equipment-one year; expendable items such as cells, sensors and electrodes-90 days. This warranty does not cover, and no warranty is provided for, consumables and parts that by their nature are normally required to be replaced periodically consistent with normal maintenance, including, without limitation, fuses, tubing, pump piston seals, injector rotors, check valves and filters. If any Product covered by this warranty is returned to the original shipping point, transportation charges prepaid, within the applicable warranty period set forth above and upon examination Seller determines to its satisfaction that such Product was defective in material or workmanship, Seller will, at its option, repair or replace the Product or the defective part thereof or refund the original purchase price of the Product. The foregoing notwithstanding, Seller will not be responsible for damage to any Product resulting from misuse, negligence or accident or resulting from repairs, alterations or installation made by any person or firm not duly authorized by Seller in writing or for any damage to any cell assembly resulting from the flow being impeded. If any cell assembly is used with control modules or potentiostats other than those manufactured by Seller, this warranty shall be void.

B. If, at any time during the period ending ninety (90) days after delivery of any Product to Buyer, Buyer reports and documents any error in any Software provided with such Product and developed by Seller or any failure of any such Software substantially to conform to Seller's Software description that limits or prevents use of the Software by Buyer, Seller at its option, will use reasonable efforts to correct any such error or failure, will replace such Software or will terminate Buyer's license to use the Software and refund the price of the related Product. In connection with any such termination and refund, Buyer will return the related Product to Seller forthwith upon request. This warranty shall apply only to those portions of the Software that were developed by Seller and that incorporate all program corrections and modifications, if any, delivered to Buyer. It shall not apply to any error or failure due to machine error or to the misuse by or negligence of any person or entity other than Seller or to any Software which is modified by any person or entity other than Seller.

C. If Buyer shall fail to pay when due any portion of the purchase price of any Product or any other payment required from Buyer to Seller, whether under the contract or otherwise, all warranties and remedies granted in this Section and all of Seller's warranties and obligations to service, repair, replace, correct or otherwise remedy defects, errors or failures under any other contract between Buyer and Seller may, at Seller's option, be terminated.

D. THE WARRANTIES IN THIS SECTION 8 ARE THE ONLY WARRANTIES GIVEN BY SELLER WITH RESPECT TO THE PRODUCTS AND THE SOFTWARE PROVIDED WITH THE PRODUCTS AND ARE GIVEN IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ALL WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. BUYER'S EXCLUSIVE REMEDIES AND SELLER'S SOLE LIABILITY FOR ANY NONCONFORMITY OR DEFECT IN THE PRODUCTS OR SUCH SOFTWARE WILL BE THOSE EXPRESSED HEREIN.

E. With respect to Products sold to Buyer but not manufactured or, in the case of Software, not developed by Seller, SELLER MAKES NO WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, but Seller will make available to Buyer, to the extent permitted by law and relevant contracts, the warranties of the manufacturer of the relevant Product or the developer of the Software.

**9. PATENTS**. If notified promptly in writing of any action (and all prior related claims) brought against Buyer based on a claim that a Product infringes any valid United States patent, copyright or trade secret, Seller shall defend such action at Seller's expense and pay all costs and damages finally awarded in such action or settlement which are attributable to such claim. Seller shall have sole control of the defense of any such action and all negotiations for its settlement or compromise. Buyer shall cooperate fully with Seller in the defense, settlement and compromise of any such action. Seller shall, at its option, have the right to either: (a) procure for Buyer the right to continue using the Product; or (b) replace or modify the Product so that it becomes noninfringing; or (c) require Buyer to return the Product and upon return, refund to Buyer the price actually paid by Buyer for the Product, less a reasonable amount for use, damage or obsolescence; or (d) substitute for the infringing Product other suitable, non-infringing products. Seller shall not have any liability to Buyer to the extent that any infringement or claim thereof is based upon (i) use of a Product in combination with equipment or software not supplied by Seller where the Product would not itself be infringing, (ii) compliance with Buyer's designs, specifications or instructions, or (iii) modifications of the Product by anyone other than Seller without Seller's prior written approval. THE FOREGOING INDEMNIFICATION PROVISION STATES SELLER'S ENTIRE LIABILITY WITH RESPECT TO INFRINGEMENT OR ALLEGED INFRINGEMENT BY THE PRODUCTS OF PATENTS, COPYRIGHTS, TRADE SECRETS OR OTHER INTELLECTUAL PROPERTY OR PROPRIETARY RIGHTS OF THIRD PARTIES.

**10. SOFTWARE**. Seller shall at all times have and retain title to and full ownership of all Software, firmware and related documentation thereof supplied by Seller for use with the Products and of any copies thereof made by Buyer (collectively the "Software"). Seller hereby grants to Buyer a limited license to use the object code of the Software with the Products, to make copies of the Software in machine readable form to the extent necessary for the efficient use of the Products and to sublicense the Software as part of a sale of a Product, provided, however, that any such sublicense shall be pursuant to written terms and conditions and shall contain limitation of liability, exclusion of warranty and protection of proprietary rights provisions for Seller's benefit at least as extensive as, and consistent with, those contained herein. Buyer shall not remove any copyright, proprietary rights or other notice included in the Software and shall reproduce such notices on all copies of the Software, including, without limitation, all revised, modified or translated versions, made by Buyer.

**11. LIMITATION OF LIABILITY**. An essential purpose of the limited exclusive remedies provided in the sections of these terms and conditions entitled "LIMITED WARRANTY" and "PATENTS" is allocation of risks between Buyer and Seller, which allocation of risks is reflected in the purchase price for the Products. UNDER NO CIRCUMSTANCES WILLSELLER'S LIABILITY ARISING OUT OF OR IN CONNECTION WITH THE CONTRACT, ITS PERFORMANCE OR FAILURE TO PERFORM THEREUNDER, OR THE PERFORMANCE OR FAILURE TO PERFORM OF ANY PRODUCT OR SOFTWARE, IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EXCEED THE PURCHASE PRICE OF THE PRODUCT, EXCEPT AS SPECIFICALLY PROVIDED IN THE SECTION HEREOF PERTAINING TO PATENTS. IN NO EVENT WILL SELLER BE LIABLE FOR SPECIAL, INCIDENTAL, CONSEQUENTIAL, TORT OR ANALOGOUS DAMAGES, INCLUDING, WITHOUT LIMITATION, DAMAGES RESULTING FROM LOSS OF USE, LOSS OF PROFITS, LOSS OF BUSINESS OR LOSS OF GOODWILL, EVEN IF SELLER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**12. EXPORT RESTRICTIONS**. Regardless of any disclosure made by Buyer to Seller of an ultimate destination of Products or Software furnished by Seller, Buyer will not export from, or otherwise transport outside, the United States of America, either directly or indirectly, any such Products or Software, any parts thereof or any system incorporating such Products or Software, unless such export or transport is in compliance with all laws and regulations of the United States of America, and without first obtaining all required licenses and permits from the United States Department of Commerce and any other relevant agencies or departments of the Unites States government. Buyer must disclose to Seller in writing any intention to export any Products and the ultimate destination at the time of order. FAILURE TO DO SO SHALL VOID ALL WARRANTIES.

**13. DELAYS**. Seller shall not be liable for any delay or failure of performance, including without limitation failure to deliver or failure to install, where such delay or failure arises or results from any cause beyond Seller's control, including, but not limited to, flood, unusually severe weather, earthquake or other act of God, power loss, strike, boycott, or other labor disputes, embargo, governmental regulation or an inability or delay in obtaining materials. In the event of any such delay or failure of performance, Seller shall have such additional time within which to perform its obligations hereunder as may be reasonably necessary under the circumstances; and Seller shall also have the right, to the extent necessary in Seller's reasonable judgment, to apportion Products then available for delivery fairly among its various customers in such manner as Seller may consider equitable.

**14. MISCELLANEOUS**. Buyer may not delegate any duties nor assign any rights or claims hereunder without Seller's prior written consent, and any such attempted delegation or assignment shall be void. The rights and obligations of the parties hereunder shall be governed by and construed as a sealed instrument in accordance with the laws of the State of Delaware without reference to its choice of law provisions. The application to this contract of the U.N. Convention on Contracts for the International Sale of Goods is hereby expressly excluded. Each party hereby irrevocably consents to the exclusive jurisdiction of the state and federal courts located in the state of Seller's principal place of business, as stated on the face hereof, and waives any other venue to which it may be entitled by domicile or otherwise. In the event of any legal proceeding between Seller and Buyer relating to this contract, neither party may claim the right to a trial by jury, and both parties waive any right they may have under applicable law or otherwise to a right to a trial by jury. Any action arising under this contract must be brought within two years from the date that the cause of action arose. In the event that any one or more provisions contained herein shall be held by a court of competent jurisdiction to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired thereby. The remedies of Seller contained herein are cumulative and in addition to any other remedies at law or in equity. Seller's failure to enforce, or Seller's waiver of a breach of, any provision contained herein shall not constitute a waiver of any other breach or of such provision. Any notice or communication required or permitted hereunder shall be in writing and shall be deemed received when personally delivered or three (3) business days after being sent by certified mail, postage prepaid, to a party at the address specified herein or at such other address as either party may from time to time designate to the other. This is the complete and exclusive statement of the contract between Seller and Buyer with respect to Buyer's purchase of the Products. No waiver, consent, modification, amendment or change of the terms contained herein shall be binding unless in writing and signed by Seller and Buyer. In case of a conflict between the terms and conditions on the face of this document and the terms and conditions on this reverse side of this document, the terms and conditions on the face of this document shall control.

May 2007

---

**This quotation is valid only for the period set forth above, and is subject to the attached terms and conditions.**

• LeadCare® Products •
22 Alpha Road, Chelmsford, Massachusetts 01824
Toll Free: 800.305.0197 • Fax: 978.600.1480
www.waivedLeadCare.com