UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

OSCAR SALAZAR, et al.,

      Plaintiffs,

v.                                          :   Civil Action No. 93-452 (GK)

DISTRICT OF COLUMBIA, et al.,

      Defendants.

---

## ORDER

On September 9, 2013, a status conference was held in this case. Upon representation of the parties and consideration of the record, it is hereby

**ORDERED,** that Plaintiffs shall electronically file on the case docket their proposed agenda no later than **5 p.m.** on the **ninth** business day before a status conference; and it is hereby

**ORDERED,** that Defendants shall electronically file on the case docket any response to Plaintiffs' agenda letter no later than **5 p.m.** on the **second** business day before a status conference; and it is hereby

**ORDERED,** that the next status conference will be held on **Tuesday, November 12, 2013,** at **4 p.m.**

September 10, 2013

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF