UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR SALAZAR, *et al.*, on behalf of themselves and all others similarly situated,<br>                Plaintiffs,<br><br>              v.<br><br>THE DISTRICT OF COLUMBIA, *et al.*,<br>                Defendants. | Civil Action No. 93-452 (GK)<br>*In Forma Pauperis* |

**NOTICE REGARDING THE COURT'S JANUARY 28, 2014
MEMORANDUM OPINION**

On January 28, 2014, the Court entered a Memorandum Opinion and Order granting in part and denying in part Plaintiffs' Motion for an Award of Litigation Costs, Including Attorneys' Fees and Expenses, for 2011 and Certain Categories and Work from 2010 through 2012 that Had Previously Been Held in Abeyance or Not Decided. ECF Nos. 1918, 1919.

Plaintiffs respectfully call to the Court's attention a mathematical error in its Memorandum Opinion and Order of January 28, 2014 (ECF No. 1918).

In its discussion of plaintiffs' fee requests for the attempted settlement in 2011 of attorneys' fees incurred during 2009 and 2010, the Court stated (ECF No. 1919, p. 22):

> Plaintiffs seek $73,650.45 for the time they spent settling their fee requests for the periods January 2009 to December 2010 [Dkt. Nos. 1748, 1786]. As a result of these successful settlement proceedings, the Parties agreed that Defendants would pay $2,044,090.00 for the work done during the period of time covered by the two Motions. <u>In sum, the amount billed in the fees on fees request, is close to one third of the total settlement of the underlying petitions.</u> [emphasis added]

In fact, the amount sought in fees-on-fees, $73,650.45, is 3.6% of the total settlement of $2,044,090.00.

Since the Court appears to have relied on the erroneous statement in its determination to reduce plaintiffs' fee request by 15 percent, the Court may wish to reconsider this reduction after the error has been corrected.

Respectfully submitted,

/s/ Zenia Sanchez Fuentes

BRUCE J. TERRIS, Bar #47126
KATHLEEN L. MILLIAN, Bar #412350
LYNN E. CUNNINGHAM, Bar #221598
ZENIA SANCHEZ FUENTES, Bar#500036
Terris, Pravlik & Millian, LLP
1121 12th Street, N.W.
Washington, DC  20005
(202) 682-2100, ext. 8484


JANE PERKINS
NATIONAL HEALTH LAW PROGRAM
211 N. Columbia Street, 2nd Floor
Chapel Hill, NC  27514
(919) 968-6308

*Counsel for Plaintiffs*

January 30, 2014