UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OSCAR SALAZAR, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 93-452 (GK) *In Forma Pauperis* |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**CONSENT ORDER**

WHEREAS, defendants have appealed the Court's January 30, 2014, Amended Memorandum Opinion concerning Plaintiffs' Motion for an Award of Litigation Costs, Including Attorneys' Fees and Expenses, for 2011 and Certain Categories of Work from 2010 through 2012 that Had Previously Been Held in Abeyance or Not Decided and the Order of February 18, 2014, ordering defendants to pay plaintiffs' remaining attorneys' fees and expenses pursuant to its January 30, 2014 Amended Memorandum Opinion ("the 2011 Fees Decision");

WHEREAS, defendants have appealed the Court's March 21, 2014 Memorandum Opinion, granting in part and denying in part Plaintiffs' Motion for an Award of Litigation Costs, Including Attorneys' Fees and Out-of-Pocket Expenses, for 2012 and for Work in the District Court that Had Been Held in Abeyance Related to Defendants' Motion to Terminate the Consent Decree and the Order of April 7, 2014, ordering defendants to pay plaintiffs' remaining attorneys' fees and expenses pursuant to its March 21, 2014 Memorandum Opinion ("the 2012 Fees Decision");

WHEREAS, defendants will not appeal from the April 8, 2014 Order (ECF No. ~~1974~~ 1975);

WHEREAS, the Consent Order Modifying Paragraph 67 of the "Order Modifying the Amended Remedial Order of May 6, 1997 and Vacating the Order of March 27, 1997" (ECF No. 663) requires plaintiffs to submit quarterly attorneys' fee motions;

WHEREAS, in order to conserve judicial resources and resources of the parties and to avoid further litigation in the district court of the same issues to be raised and presumably decided in defendants' appeals of the 2011 and 2012 fees decisions;

NOW, THEREFORE, it is this 28th day of April 2014,

ORDERED, that the Consent Order Modifying Paragraph 67 of the "Order Modifying the Amended Remedial Order of May 6, 1997 and Vacating the Order of March 27, 1997" (ECF No. 663), and all district court attorneys' fees litigation for motions covering the period of January 1, 2013, and forward, shall be stayed pending issuance of the first mandate by the Court of Appeals for the District of Columbia Circuit in defendants' appeals of the Court's January 30, 2014, Amended Opinion and March 21, 2014, Memorandum Opinion; and it is further

ORDERED, that during the period of the stay, plaintiffs shall continue to submit quarterly fee requests to defendants within 60 days of the end of each quarter; and it is further

ORDERED, that during the period of the stay, defendants shall make the following partial attorneys' fees payments to plaintiffs:

1.  Within 45 days of the date of entry of this order, defendants shall pay plaintiffs $700,000 towards plaintiffs' attorneys' fees and expenses incurred from April 1, 2013 through March 31, 2014.

2.  On November 15, 2014, or 30 days after plaintiffs provide defendants with their third quarter 2014 fee submission, whichever is later, defendants shall pay 55% of plaintiffs'

attorneys fees and expenses incurred in the second and third quarters of 2014, not to exceed $600,000.

3. On May 15, 2015, or 30 days after plaintiffs provide defendants with their first quarter 2015 fee submission, whichever is later, defendants shall pay 55% of plaintiffs' attorneys fees and expenses incurred in the last quarter of 2014 and the first quarter of 2015. Provided however, that this payment, in combination with the payment on November 15, 2014, shall not exceed $600,000.

4. Defendants shall continue to make two payments per year, on November 15 and May 15, of 55% of plaintiffs' attorneys' fees and expenses incurred in the two prior quarters, up to a maximum annual cap of $600,000 (for the period of April 1 through March 31).

5. Defendants agree to make the payments in paragraphs 3 and 4 for the fees and expenses incurred by plaintiffs through the end of the quarter in which the first of the mandates from the Court of Appeals for the District of Columbia Circuit returns to the district court in defendants' appeals of the 2011 and 2012 Fees Decisions.  For example, if the first mandate issues on June 15, 2015, defendants will make a payment for the second quarter of 2015, under the terms of paragraph 4, on or about November 15, 2015.

6. The amount of each payment received by counsel for the plaintiff class pursuant to this Order shall be memorialized in a Joint Praecipe filed with the Court; and is further

ORDERED, that, in the event that the final judgments, after all appeals are exhausted concerning the 2011 and 2012 fees decisions, are less than the amount paid by defendants pursuant to this Order, the Court shall deduct the deficiency from the amount awarded to

3

plaintiffs pursuant to any subsequent fees applications or order repayment to defendants; and it is further

ORDERED, that once the first of the mandates from the Court of Appeals for the District of Columbia Circuit returns to the Court, the parties shall prepare, within 14 days of the mandate, a status report for the Court with recommendations on how to proceed with further briefing and resolution of the pending fees issues and those held in abeyance.

SO ORDERED.

April 28, 2014

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

4