**MATHEMATICA**
Policy Research, Inc.

P.O. Box 2393
Princeton, NJ 08543-2393
Telephone (609) 799-3535
Fax (609) 799-0005
www.mathematica-mpr.com

June 20, 2014
Inv. #54-8744
Client # CO818

The Honorable Gladys Kessler
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

RE: Monitor for Salazar v. DC

For professional services rendered under the above referenced contract for the period of January 1 through March 31, 2014

|  | Hours | Rate | Current Amount | Cumulative Amount |
|---|---|---|---|---|
| Henry Ireys (through 1/31/11) | - | $ 275.00 | $ - | $ 279,765.00 |
| Henry Ireys (2/1/11-3/31/11) | - | 300.00 | - | 4,650.00 |
| Henry Ireys (4/1/11-7/31/11) | - | 300.00 | - | 8,250.00 |
| Henry Ireys (8/01/11- 9/30/11) | - | 300.00 | - | 4,800.00 |
| Henry Ireys (10/01/11- 12/30/11) | - | 300.00 | - | 9,450.00 |
| Henry Ireys (1/01/12- 1/31/12) | - | 300.00 | - | 4,200.00 |
| Henry Ireys (2/01/12- 2/29/12) | - | 324.00 | - | 3,726.00 |
| Henry Ireys (3/01/12- 4/30/12) | - | 324.00 | - | 6,156.00 |
| Henry Ireys (5/01/12- 6/30/12) | - | 324.00 | - | 8,748.00 |
| Henry Ireys (7/01/12- 9/30/12) | - | 324.00 | - | 15,552.00 |
| Henry Ireys (10/01/12- 12/31/12) | - | 324.00 | - | 8,586.00 |
| Henry Ireys (1/01/13- 2/28/13) | - | 324.00 | - | 6,318.00 |
| Henry Ireys (3/01/13- 4/30/13) | - | 324.00 | - | 6,480.00 |
| Henry Ireys (5/01/13- 6/30/13) | - | 324.00 | - | 3,240.00 |
| Henry Ireys (7/01/13- 9/30/13) | - | 324.00 | - | 10,044.00 |
| Henry Ireys 10/01/13- 12/31/13) | - | 324.00 | - | 4,050.00 |
| Henry Ireys 1/01/14- 3/31/14) | 7.5 | 324.00 | 2,430.00 | 2,430.00 |
| Secretarial Costs (through 1/31/11) | - | 100.00 | - | 13,711.03 |
| Secretarial Costs (7/01/12-9/30/12) | - | 110.00 | - | 55.00 |
| Program Analyst (through 1/31/11) | - | 150.00 | - | 9,395.00 |
| Program Analyst (4/1/11-7/31/11) | - | 165.00 | - | 660.00 |
| Research Assistant (8/01/11-9/30/11) | - | 165.00 | - | 1,221.00 |
| Research Assistant (10/01/11-12/30/11) | - | 165.00 | - | 5,263.50 |
| Research Assistant (1/01/12- 2/29/12) | - | 165.00 | - | 5,263.50 |
| Research Assistant (3/01/12- 4/30/12) | - | 165.00 | - | 858.00 |
| Research Assistant (5/01/12- 6/30/12) | - | 165.00 | - | 3,283.50 |

|  | Hours | Rate | Current Amount | Cumulative Amount |
|---|---|---|---|---|
| Research Assistant (7/01/12- 9/30/12) | - | 165.00 | - | 12,144.00 |
| Research Assistant (10/01/12- 12/31/12) | - | 165.00 | - | 21,235.50 |
| Research Assistant (1/01/13- 2/28/13) | - | 165.00 | - | 5,527.50 |
| Research Assistant (3/01/13- 4/30/13) | - | 165.00 | - | 7,441.50 |
| Research Assistant (5/01/13- 6/30/13) | - | 165.00 | - | 3,927.00 |
| Research Assistant (7/01/13- 9/30/13) | - | 165.00 | - | 10,164.00 |
| Research Assistant (10/01/13-12/31/13) | - | 165.00 | - | 22,159.50 |
| Research Assistant (1/01/14-3/31/14) | 29.7 | 165.00 | 4,900.50 | 4,900.50 |
| Patricia Collins | - | 160.00 | - | 6,640.00 |
| Consultant Costs | - | 190.00 | - | 56,705.50 |
| **Total** | 37.2 |  | $ 7,330.50 | $ 577,000.53 |

**PAYMENT REQUESTED**
June, 2014 — $7,330.50

To ensure proper credit, please remit all check payments to: Mathematica Policy Research, Inc., Attn: Accounts Receivable, PO Box 2393, Princeton, NJ 08543-2393.

MATHEMATICA POLICY RESEARCH, INC., hereby certifies that the costs for work performed under this contract are not duplicate of any charges to any other purchaser.

Digitally signed by Marko Tkach
DN: cn=Marko Tkach,
o=Mathematica Policy Research,
ou=Accounting,
email=mtkach@mathematica-mpr.com, c=US
Date: 2014.06.20 13:03:22 -04'00'

**Mark Tkach**
Controller