**MATHEMATICA**
Policy Research, Inc.

P.O. Box 2393
Princeton, NJ 08543-2393
Telephone (609) 799-3535
Fax (609) 799-0005
www.mathematica-mpr.com

July 14, 2014
Inv. #55-8744
Client # CO818

The Honorable Gladys Kessler
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

RE: Monitor for Salazar v. DC

For professional services rendered under the above referenced contract for the period of April 1 through June 30, 2014

|  | Hours | Rate | Current Amount | Cumulative Amount |
|---|---|---|---|---|
| Henry Ireys (through 1/31/11) | - | $ 275.00 | $ - | $ 279,765.00 |
| Henry Ireys (2/1/11-3/31/11) | - | 300.00 | - | 4,650.00 |
| Henry Ireys (4/1/11-7/31/11) | - | 300.00 | - | 8,250.00 |
| Henry Ireys (8/01/11- 9/30/11 ) | - | 300.00 | - | 4,800.00 |
| Henry Ireys (10/01/11- 12/30/11 ) | - | 300.00 | - | 9,450.00 |
| Henry Ireys (1/01/12- 1/31/12 ) | - | 300.00 | - | 4,200.00 |
| Henry Ireys (2/01/12- 2/29/12) | - | 324.00 | - | 3,726.00 |
| Henry Ireys (3/01/12- 4/30/12) | - | 324.00 | - | 6,156.00 |
| Henry Ireys (5/01/12- 6/30/12) | - | 324.00 | - | 8,748.00 |
| Henry Ireys (7/01/12- 9/30/12) | - | 324.00 | - | 15,552.00 |
| Henry Ireys (10/01/12- 12/31/12) | - | 324.00 | - | 8,586.00 |
| Henry Ireys (1/01/13- 2/28/13) | - | 324.00 | - | 6,318.00 |
| Henry Ireys (3/01/13- 4/30/13) | - | 324.00 | - | 6,480.00 |
| Henry Ireys (5/01/13- 6/30/13) | - | 324.00 | - | 3,240.00 |
| Henry Ireys (7/01/13- 9/30/13) | - | 324.00 | - | 10,044.00 |
| Henry Ireys 10/01/13- 12/31/13) | - | 324.00 | - | 4,050.00 |
| Henry Ireys 1/01/14- 3/31/14) | - | 324.00 | - | 2,430.00 |
| Henry Ireys 4/01/14- 6/30/14) | 17.0 | 324.00 | 5,508.00 | 7,938.00 |
| Secretarial Costs (through 1/31/11) | - | 100.00 | - | 13,711.03 |
| Secretarial Costs (7/01/12-9/30/12) | - | 110.00 | - | 55.00 |
| Program Analyst (through 1/31/11) | - | 150.00 | - | 9,395.00 |
| Program Analyst (4/1/11-7/31/11) | - | 165.00 | - | 660.00 |
| Research Assistant (8/01/11-9/30/11) | - | 165.00 | - | 1,221.00 |
| Research Assistant (10/01/11-12/30/11) | - | 165.00 | - | 5,263.50 |
| Research Assistant (1/01/12- 2/29/12) | - | 165.00 | - | 5,263.50 |
| Research Assistant (3/01/12- 4/30/12) | - | 165.00 | - | 858.00 |
| Research Assistant (5/01/12- 6/30/12) | - | 165.00 | - | 3,283.50 |

|  | Hours | Rate | Current Amount | Cumulative Amount |
|---|---|---|---|---|
| Research Assistant (7/01/12- 9/30/12) | - | 165.00 | - | 12,144.00 |
| Research Assistant (10/01/12- 12/31/12) | - | 165.00 | - | 21,235.50 |
| Research Assistant (1/01/13- 2/28/13) | - | 165.00 | - | 5,527.50 |
| Research Assistant (3/01/13- 4/30/13) | - | 165.00 | - | 7,441.50 |
| Research Assistant (5/01/13- 6/30/13) | - | 165.00 | - | 3,927.00 |
| Research Assistant (7/01/13- 9/30/13) | - | 165.00 | - | 10,164.00 |
| Research Assistant (10/01/13-12/31/13) | - | 165.00 | - | 22,159.50 |
| Research Assistant (1/01/14-3/31/14) | - | 165.00 | - | 4,900.50 |
| Research Assistant (4/01/14-6/30/14) | 98.9 | 165.00 | 16,318.50 | 21,219.00 |
| Patricia Collins | - | 160.00 | - | 6,640.00 |
| Consultant Costs | - | 190.00 | - | 56,705.50 |
| **Total** | 115.9 |  | $ 21,826.50 | $ 598,827.03 |

### PAYMENT REQUESTED
July, 2014 — $21,826.50

To ensure proper credit, please remit all check payments to: Mathematica Policy Research, Inc., Attn: Accounts Receivable, PO Box 2393, Princeton, NJ 08543-2393.

MATHEMATICA POLICY RESEARCH, INC., hereby certifies that the costs for work performed under this contract are not duplicate of any charges to any other purchaser.

*[signature: Mark Tkach]*

Digitally signed by Marko Tkach
DN: cn=Marko Tkach,
o=Mathematica Policy Research,
ou=Accounting,
email=mtkach@mathematica-mpr.com, c=US
Date: 2014.07.16 11:04:45 -04'00'

**Mark Tkach**
Controller

# THE COURT MONITOR'S ACTIVITIES: April 1, 2014 – June 30, 2014

| Date | Activity | Hours | Total |
|---|---|---|---|
| Apr 2, 2014 | Discussion with research assistant regarding lead data | 0.5 | .5 |
| Apr 4, 2014 | Review letters for status conference | 1.0 | 1.5 |
| Apr 8, 2014 | Prepare for, participate in status conference | 2.5 | 4.0 |
| Apr 15, 2014 | Work on lead screening study plans | 1.0 | 5.0 |
| Apr 24, 2014 | Discussion with research assistant regarding lead data | 1.0 | 6.0 |
| Apr 30, 2014 | Phone calls regarding lead screening study with District staff and with research assistant | 2.0 | 8.0 |
| May 5, 2014 | Meeting with research assistant around lead screening | 1.0 | 9.0 |
| May 12, 2014 | Discussion with research assistant regarding lead data | 0.5 | 9.5 |
| May 15, 2014 | Phone call regarding lead screening study with District staff and research assistant | 1.0 | 10.5 |
| June 9, 2014 | Discussion with research assistant regarding lead data | 1.0 | 11.5 |
| June 11, 2014 | Discussion with District regarding lead data | 1.0 | 12.5 |
| June 25, 2014 | Prepare for, participate in status conference | 2.0 | 14.5 |
| June 27, 2014 | Review analysis plan with research assistant; phone call with District | 1.5 | 16.0 |
| June 30, 2014 | Begin writing background for report on lead screening study | 1.0 | 17.0 |

NOTE: None of these hours should be charged to the IMA. Check should be made payable to Mathematica Policy Research.