UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **OSCAR SALAZAR,** *by his parents and next friends,* **on behalf of himself and all others similarly situated**, <br><br> Plaintiffs, <br><br> v. <br><br> **THE DISTRICT OF COLUMBIA**, *et al.*, <br><br> Defendants. | Civil Action No. 93-cv-452 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's "Motion to Modify the Settlement Order to Waive Financial Penalties on Managed Care Organizations for Fiscal Year 2020," ECF No. 2355, is hereby GRANTED in part and DENIED in part. Penalties incurred pursuant to Paragraph 45(e) of the Settlement Order, ECF No. 663, shall be determined by calculating the difference between the required 80% benchmark, and the Managed Care Organization's average participant ratio for the FY17 through FY19 reporting period.

Date: March 31, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge