An official website of the United States government   Here is how you know

United States Department of Labor

**U.S. BUREAU OF LABOR STATISTICS**

Follow Us | Release Calendar | Blog

Search BLS.gov

**Plaintiffs' Exhibit 3**

Civ. No. 93-452 (TSC)

# Databases, Tables & Calculators by Subject

**Change Output Options:**   From: 2020   To: 2022   GO

☐ include graphs   ☐ include annual averages

More Formatting Options ➡

Data extracted on: December 6, 2022 (12:02:27 PM)

**CPI for All Urban Consumers (CPI-U)**

**Series Id:**       CUUR0000SEGD01,CUUS0000SEGD01
**Not Seasonally Adjusted**
**Series Title:**    Legal services in U.S. city average, all urban consumers, not seasonally adjusted
**Area:**            U.S. city average
**Item:**            Legal services
**Base Period:**     DECEMBER 1986=100

Download: xlsx

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 367.022 | 369.233 | 369.233 | 367.647 | 367.911 | 368.924 | 368.854 | 369.220 | 369.317 | 369.071 | 369.112 | 369.112 | 368.328 | 369.114 |
| 2021 | 369.417 | 371.052 | 371.083 | 371.157 | 371.157 | 371.157 | 371.157 | 371.130 | 377.635 | 384.455 | 380.812 | 382.358 | 370.837 | 377.925 |
| 2022 | 381.584 | 389.250 | 390.992 | 395.288 | 399.211 |  | 406.267 | 405.729 | 405.729 | 405.325 |  |  | 393.450 |  |

Home

Subjects

Data Tools

Publications

Economic Releases

Classroom



**U.S. BUREAU OF LABOR STATISTICS** Postal Square Building 2 Massachusetts Avenue NE Washington, DC 20212-0001
Telephone: 1-202-691-5200
Telecommunications Relay Service: 7-1-1 www.bls.gov Contact Us

**RESOURCES**

Inspector General (OIG)

Budget and Performance

Department of Labor Grants

No Fear Act

USA.gov

Vote.gov

**ABOUT THE SITE**

Sitemap

Freedom of Information Act

Privacy and Security Statement

Disclaimers

Linking and Copyright Info

Important Website Notices

Help and Tutorials

Connect With BLS ◯ ◯ ◯