**Settlement Order Paragraph 64 and 65 Rates Updated to 2022**

| Attorney | 1998 Settlement Order Rate | 1/1/1999 Updated Rate | 1/1/2000 Updated Rate | 1/2/2001 Updated Rate | 1/1/2002 Updated Rate | 1/1/2003 Updated Rate | 1/1/2004 Updated Rate | 1/1/2005 Updated Rate | 1/1/2006 Updated Rate |
|---|---|---|---|---|---|---|---|---|---|
| Terris Cunningham | $315 | $328 | $345 | $361 | $387 | $404 | $423 | $446 | $460 |
| Millian Perkins | $265 | $276 | $290 | $303 | $325 | $340 | $356 | $375 | $387 |
| Maximum Rate for Other Attorneys | $200 | $208 | $219 | $229 | $246 | $258 | $269 | $283 | $292 |
| Law Clerk/ Paralegal/ Individual Claims | $75 | $78 | $82 | $86 | $92 | $96 | $101 | $106 | $109 |
| Adjustment Factor[1] | 1.0421115 | 1.0523619 | 1.0459707 | 1.0703205 | 1.0439613 | 1.0481258 | 1.0529801 | 1.0314465 | 1.0400842 |

---

[1] The Adjustment Factor refers to the Legal Services component of the Consumer Price Index-All Urban Consumers produced by the Bureau of Labor Statistics of the U.S. Department of Labor.  See Pl. Ex. 3.

| Attorney | 1/1/2007 Updated Rate | 1/1/2008 Updated Rate | 1/1/2009 Updated Rate | 1/1/2010 Updated Rate | 1/1/2011 Updated Rate | 1/1/2012 Updated Rate | 1/1/2013 Updated Rate | 1/1/2014 Updated Rate |
|---|---|---|---|---|---|---|---|---|
| Terris Cunningham | $478 | $497 | $515 | $532 | $551 | $562 | $572 | $590 |
| Millian Perkins | $402 | $418 | $434 | $448 | $464 | $473 | $481 | $496 |
| Maximum Rate for Other Attorneys | $304 | $316 | $327 | $338 | $350 | $357 | $363 | $375 |
| Law Clerk/ Paralegal/ Individual Claims | $114 | $118 | $123 | $127 | $131 | $134 | $136 | $140 |
| Adjustment Factor[2] | 1.0400842 | 1.0360489 | 1.0331595 | 1.0351307 | 1.0204695 | 1.0172384 | 1.0312082 | 1.0115025 |

---

[2] The Adjustment Factor refers to the Legal Services component of the Consumer Price Index-All Urban Consumers produced by the Bureau of Labor Statistics of the U.S. Department of Labor.  See Pl. Ex. 3.

| Attorney | 1/1/2015 Updated Rate | 1/1/2016 Updated Rate | 1/1/2017 Updated Rate | 1/1/2018 Updated Rate | 1/1/2019 Updated Rate | 1/1/2020 Updated Rate | 1/1/2021 Updated Rate | 1/1/2022 Updated Rate |
|---|---|---|---|---|---|---|---|---|
| Terris Cunningham | $597 | $610 | $650 | $653 | $680 | $686 | $690 | $713 |
| Millian Perkins | $502 | $513 | $547 | $549 | $572 | $577 | $581 | $600 |
| Maximum Rate for Other Attorneys | $379 | $387 | $413 | $415 | $432 | $435 | $438 | $453 |
| Law Clerk/ Paralegal/ Individual Claims | $142 | $145 | $155 | $156 | $162 | $163 | $164 | $170 |
| Adjustment Factor[3] | 1.0226400 | 1.0656143 | 1.0044074 | 1.041083 | 1.0084463 | 1.006525 | 1.032936 | |

---

[3] The Adjustment Factor refers to the Legal Services component of the Consumer Price Index-All Urban Consumers produced by the Bureau of Labor Statistics of the U.S. Department of Labor. See Pl. Ex. 3.