**Plaintiffs' Exhibit 7**
Civ. No. 93-452 (TSC)

# *Salazar v. District of Columbia*

### D.D.C., Civil No. 93-452 (TSC)

Terris, Pravlik & Millian, LLP
Summary of Time by Category
October 1, 2022 to December 31, 2022

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Medicaid 2022 Individual Claims** | **EPSDT** | | | | | | |
| | | **AJ, a minor** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | KLM | 0.200 | $170.00 | $34.00 | |
| | | | ZSF | 4.441 | $170.00 | $754.97 | |
| | | | <u>Paralegal</u> | | | | |
| | | | BTP | 4.448 | $170.00 | $756.16 | |
| | | | | | **Subcategory Sub-Total:** | | **$1,545.13** |
| | | **AM, a minor** | | | | | |
| | | | <u>Paralegal</u> | | | | |
| | | | BTP | 0.108 | $170.00 | $18.36 | |
| | | | | | **Subcategory Sub-Total:** | | **$18.36** |

**Client:  Medicaid 2022 Individual Claims**

Thursday, March 23, 2023

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **AO and JO, minors** | | | | | |
| | | | *Attorney* | | | | |
| | | | ZSF | 1.402 | $170.00 | $238.34 | |
| | | | *Paralegal* | | | | |
| | | | AMB | 0.725 | $170.00 | $123.25 | |
| | | | LGC | 5.725 | $170.00 | $973.25 | |
| | | | | | **Subcategory Sub-Total:** | | **$1,334.84** |
| | | **BC, a minor** | | | | | |
| | | | *Paralegal* | | | | |
| | | | AMB | 1.019 | $170.00 | $173.23 | |
| | | | | | **Subcategory Sub-Total:** | | **$173.23** |
| | | **CW, a minor** | | | | | |
| | | | *Paralegal* | | | | |
| | | | AMB | 0.150 | $170.00 | $25.50 | |
| | | | | | **Subcategory Sub-Total:** | | **$25.50** |
| | | **DH, a minor** | | | | | |
| | | | *Attorney* | | | | |
| | | | ZSF | 0.311 | $170.00 | $52.87 | |
| | | | *Paralegal* | | | | |
| | | | LGC | 3.090 | $170.00 | $525.30 | |
| | | | | | **Subcategory Sub-Total:** | | **$578.17** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **DT, a minor** | | | | | |
| | | | _Paralegal_ | | | | |
| | | | BTP | 1.063 | $170.00 | $180.71 | |
| | | | | **Subcategory Sub-Total:** | | | **$180.71** |
| | | **DW, a minor** | | | | | |
| | | | _Paralegal_ | | | | |
| | | | AMB | 2.179 | $170.00 | $370.43 | |
| | | | LGC | 0.864 | $170.00 | $146.88 | |
| | | | | **Subcategory Sub-Total:** | | | **$517.31** |
| | | **EC, a minor** | | | | | |
| | | | _Paralegal_ | | | | |
| | | | BTP | 0.125 | $170.00 | $21.25 | |
| | | | | **Subcategory Sub-Total:** | | | **$21.25** |
| | | **EC2, a minor** | | | | | |
| | | | _Attorney_ | | | | |
| | | | ZSF | 4.353 | $170.00 | $740.01 | |
| | | | _Paralegal_ | | | | |
| | | | AMB | 2.040 | $170.00 | $346.80 | |
| | | | | **Subcategory Sub-Total:** | | | **$1,086.81** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **JB, a minor** | | | | | |
| | | | *Attorney* | | | | |
| | | | ZSF | 1.084 | $170.00 | $184.28 | |
| | | | *Paralegal* | | | | |
| | | | AMB | 0.934 | $170.00 | $158.78 | |
| | | | LGC | 4.174 | $170.00 | $709.58 | |
| | | | | | **Subcategory Sub-Total:** | | **$1,052.64** |
| | | **JL, JL2, KD-J, minors** | | | | | |
| | | | *Attorney* | | | | |
| | | | ZSF | 1.456 | $170.00 | $247.52 | |
| | | | *Paralegal* | | | | |
| | | | BTP | 1.506 | $170.00 | $256.02 | |
| | | | | | **Subcategory Sub-Total:** | | **$503.54** |
| | | **JY, a minor** | | | | | |
| | | | *Attorney* | | | | |
| | | | ZSF | 0.120 | $170.00 | $20.40 | |
| | | | *Paralegal* | | | | |
| | | | BTP | 0.799 | $170.00 | $135.83 | |
| | | | | | **Subcategory Sub-Total:** | | **$156.23** |
| | | **KC, a minor** | | | | | |
| | | | *Attorney* | | | | |
| | | | ZSF | 0.462 | $170.00 | $78.54 | |
| | | | | | **Subcategory Sub-Total:** | | **$78.54** |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **MS, a minor** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 6.170 | $170.00 | $1,048.90 | |
| | | | <u>Paralegal</u> | | | | |
| | | | BTP | 6.899 | $170.00 | $1,172.83 | |
| | | | | | **Subcategory Sub-Total:** | | **$2,221.73** |
| | | **NB, a minor** | | | | | |
| | | | <u>Paralegal</u> | | | | |
| | | | AMB | 0.686 | $170.00 | $116.62 | |
| | | | LGC | 1.462 | $170.00 | $248.54 | |
| | | | | | **Subcategory Sub-Total:** | | **$365.16** |
| | | **ND, a minor** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 2.660 | $170.00 | $452.20 | |
| | | | <u>Paralegal</u> | | | | |
| | | | AMB | 3.884 | $170.00 | $660.28 | |
| | | | LGC | 10.507 | $170.00 | $1,786.19 | |
| | | | | | **Subcategory Sub-Total:** | | **$2,898.67** |
| | | **NH, a minor** | | | | | |
| | | | <u>Paralegal</u> | | | | |
| | | | AMB | 0.083 | $170.00 | $14.11 | |
| | | | | | **Subcategory Sub-Total:** | | **$14.11** |

**Client:   Medicaid 2022 Individual Claims**
Thursday, March 23, 2023

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **SC, a minor** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 0.303 | $170.00 | $51.51 | |
| | | | <u>Paralegal</u> | | | | |
| | | | AMB | 3.079 | $170.00 | $523.43 | |
| | | | LGC | 2.431 | $170.00 | $413.27 | |
| | | | | | **Subcategory Sub-Total:** | | **$988.21** |
| | | **SJ, a minor** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ACA | 25.467 | $170.00 | $4,329.39 | |
| | | | <u>Paralegal</u> | | | | |
| | | | BTP | 5.590 | $170.00 | $950.30 | |
| | | | | | **Subcategory Sub-Total:** | | **$5,279.69** |
| | | **VF, a minor** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 2.104 | $170.00 | $357.68 | |
| | | | <u>Paralegal</u> | | | | |
| | | | AMB | 15.769 | $170.00 | $2,680.73 | |
| | | | | | **Subcategory Sub-Total:** | | **$3,038.41** |
| | | **EPSDT Issue** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 0.057 | $170.00 | $9.69 | |
| | | | | | **Subcategory Sub-Total:** | | **$9.69** |

| Client | Category | Subcategory | Individuals | | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| **Medicaid 2022 Individual Claims** | **EPSDT MCO Appeal** | | | | | | | |
| | | **CW, a minor** | | | | | | |
| | | | Attorney | | | | | |
| | | | | KLM | 0.153 | $170.00 | $26.01 | |
| | | | | ZSF | 0.246 | $170.00 | $41.82 | |
| | | | Paralegal | | | | | |
| | | | | AMB | 2.392 | $170.00 | $406.64 | |
| | | | | | Subcategory Sub-Total: | | | $474.47 |
| | | **SC, a minor** | | | | | | |
| | | | Attorney | | | | | |
| | | | | KLM | 0.493 | $170.00 | $83.81 | |
| | | | | ZSF | 1.651 | $170.00 | $280.67 | |
| | | | Paralegal | | | | | |
| | | | | AMB | 0.494 | $170.00 | $83.98 | |
| | | | | LGC | 3.418 | $170.00 | $581.06 | |
| | | | | | Subcategory Sub-Total: | | | $1,029.52 |
| **Medicaid 2022 Individual Claims** | **EPSDT MCO Grievance** | | | | | | | |
| | | **AO and JO, minors** | | | | | | |
| | | | Attorney | | | | | |
| | | | | ZSF | 0.809 | $170.00 | $137.53 | |
| | | | Paralegal | | | | | |
| | | | | LGC | 0.477 | $170.00 | $81.09 | |
| | | | | | Subcategory Sub-Total: | | | $218.62 |

**Client: Medicaid 2022 Individual Claims**

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **EC, a minor** | | | | | |
| | | | _Attorney_ | | | | |
| | | | KLM | 0.535 | $170.00 | $90.95 | |
| | | | ZSF | 0.713 | $170.00 | $121.21 | |
| | | | _Paralegal_ | | | | |
| | | | BTP | 0.950 | $170.00 | $161.50 | |
| | | | | | **Subcategory Sub-Total:** | | **$373.66** |
| | | **JL, JL2, KD-J, minors** | | | | | |
| | | | _Attorney_ | | | | |
| | | | ZSF | 1.688 | $170.00 | $286.96 | |
| | | | _Paralegal_ | | | | |
| | | | BTP | 1.855 | $170.00 | $315.35 | |
| | | | | | **Subcategory Sub-Total:** | | **$602.31** |
| | | **NB, a minor** | | | | | |
| | | | _Attorney_ | | | | |
| | | | KLM | 0.428 | $170.00 | $72.76 | |
| | | | _Paralegal_ | | | | |
| | | | AMB | 1.273 | $170.00 | $216.41 | |
| | | | LGC | 2.751 | $170.00 | $467.67 | |
| | | | | | **Subcategory Sub-Total:** | | **$756.84** |

**Client:  Medicaid 2022 Individual Claims**
Thursday, March 23, 2023

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | SC, a minor | | | | | |
| | | | Attorney | | | | |
| | | | KLM | 0.804 | $170.00 | $136.68 | |
| | | | ZSF | 2.746 | $170.00 | $466.82 | |
| | | | Paralegal | | | | |
| | | | AMB | 3.713 | $170.00 | $631.21 | |
| | | | LGC | 3.762 | $170.00 | $639.54 | |
| | | | | | Subcategory Sub-Total: | | $1,874.25 |
| | | VF, a minor | | | | | |
| | | | Attorney | | | | |
| | | | KLM | 0.819 | $170.00 | $139.23 | |
| | | | | | Subcategory Sub-Total: | | $139.23 |
| Medicaid 2022 Individual Claims | Reimbursement | | | | | | |
| | | CW, a minor | | | | | |
| | | | Attorney | | | | |
| | | | ZSF | 0.394 | $170.00 | $66.98 | |
| | | | Paralegal | | | | |
| | | | AMB | 1.091 | $170.00 | $185.47 | |
| | | | | | Subcategory Sub-Total: | | $252.45 |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | DW, a minor | | | | | |
| | | | _Attorney_ | | | | |
| | | | KLM | 2.758 | $170.00 | $468.86 | |
| | | | ZSF | 0.696 | $170.00 | $118.32 | |
| | | | _Paralegal_ | | | | |
| | | | LGC | 8.056 | $170.00 | $1,369.52 | |
| | | | | | **Subcategory Sub-Total:** | | **$1,956.70** |
| | | SC, a minor | | | | | |
| | | | _Attorney_ | | | | |
| | | | KLM | 0.737 | $170.00 | $125.29 | |
| | | | ZSF | 0.470 | $170.00 | $79.90 | |
| | | | | | **Subcategory Sub-Total:** | | **$205.19** |
| **Medicaid 2022 Individual Claims** | **Petition for Review** | | | | | | |
| | | AJ - DC Court of Appeals | | | | | |
| | | | _Attorney_ | | | | |
| | | | ACA | 14.750 | $170.00 | $2,507.50 | |
| | | | KLM | 8.783 | $170.00 | $1,493.11 | |
| | | | MLH | 14.756 | $170.00 | $2,508.52 | |
| | | | TAG | 6.021 | $170.00 | $1,023.57 | |
| | | | ZSF | 48.655 | $170.00 | $8,271.35 | |
| | | | _Paralegal_ | | | | |
| | | | BTP | 0.050 | $170.00 | $8.50 | |
| | | | | | **Subcategory Sub-Total:** | | **$15,812.55** |

| Client | Category | Subcategory | Individuals | | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|---|
| **Medicaid 2022 Individual Claims** | **Travel (Non-Working)** | | | | | | | |
| | | **AJ - DC Court of Appeals** | | | | | | |
| | | | _Attorney_ | | | | | |
| | | | | KLM | 1.333 | $85.00 | $113.31 | |
| | | | | ZSF | 0.667 | $85.00 | $56.70 | |
| | | | | | | **Subcategory Sub-Total:** | | $170.00 |
| **Medicaid 2022 Individual Claims** | **Case Management** | | | | | | | |
| | | **Case Management** | | | | | | |
| | | | _Attorney_ | | | | | |
| | | | | KLM | 8.383 | $170.00 | $1,425.11 | |
| | | | | ZSF | 8.716 | $170.00 | $1,481.72 | |
| | | | _Paralegal_ | | | | | |
| | | | | AMB | 8.735 | $170.00 | $1,484.95 | |
| | | | | BTP | 7.684 | $170.00 | $1,306.28 | |
| | | | | LGC | 8.577 | $170.00 | $1,458.09 | |
| | | | | | | **Subcategory Sub-Total:** | | $7,156.15 |
| | | | | | | **Client Sub-Total:** | | $53,109.87 |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Medicaid 2022 Post Judgment Monitoring** | **EPSDT** | | | | | | |
| | | **HealthCheck Quarterly Reports** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 0.202 | $453.00 | $91.51 | |
| | | | | | Subcategory Sub-Total: | | $91.51 |
| | | **Participant Ratio CAP** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 4.426 | $453.00 | $2,004.98 | |
| | | | KLM | 2.311 | $600.00 | $1,386.60 | |
| | | | | | Subcategory Sub-Total: | | $3,391.58 |
| | | **Monitoring Compliance** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 0.343 | $453.00 | $155.38 | |
| | | | <u>Paralegal</u> | | | | |
| | | | BTP | 2.455 | $170.00 | $417.35 | |
| | | | | | Subcategory Sub-Total: | | $572.73 |
| | | **Notice and Outreach to Class** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 0.081 | $453.00 | $36.69 | |
| | | | | | Subcategory Sub-Total: | | $36.69 |

**Client:  Medicaid 2022 Post Judgment Monitoring**

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| | | **Escrow Oversight CNMC Dental Project** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 0.038 | $453.00 | $17.21 | |
| | | | | | Subcategory Sub-Total: | | $17.21 |
| **Medicaid 2022 Post Judgment Monitoring** | Settlement | | | | | | |
| | | **Status Report(s)** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 0.064 | $453.00 | $28.99 | |
| | | | KLM | 1.129 | $600.00 | $677.40 | |
| | | | <u>Paralegal</u> | | | | |
| | | | BTP | 0.317 | $170.00 | $53.89 | |
| | | | | | Subcategory Sub-Total: | | $760.28 |
| | | **Negotiations with Def.** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | TAG | 1.083 | $453.00 | $490.60 | |
| | | | ZSF | 6.068 | $453.00 | $2,748.80 | |
| | | | KLM | 6.826 | $600.00 | $4,095.60 | |
| | | | | | Subcategory Sub-Total: | | $7,335.00 |

**Client:  Medicaid 2022 Post Judgment Monitoring**

Thursday, March 23, 2023

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Medicaid 2022 Post Judgment Monitoring** | Case Administration | | | | | | |
| | | **ECF Management** | | | | | |
| | | | _Paralegal_ | | | | |
| | | | AMB | 1.751 | $170.00 | $297.67 | |
| | | | BTP | 0.141 | $170.00 | $23.97 | |
| | | | LGC | 0.028 | $170.00 | $4.76 | |
| | | | | | **Subcategory Sub-Total:** | | $326.40 |
| | | | | | **Client Sub-Total:** | | $12,531.41 |
| **Salazar Attorneys' Fees** | 2021 Application | | | | | | |
| | | **4th Quarter Consent Motion** | | | | | |
| | | | _Attorney_ | | | | |
| | | | ZSF | 13.801 | $829.00 | $11,441.03 | |
| | | | KLM | 1.217 | $997.00 | $1,213.35 | |
| | | | _Paralegal_ | | | | |
| | | | AMB | 3.717 | $225.00 | $836.33 | |
| | | | BTP | 1.050 | $225.00 | $236.25 | |
| | | | | | **Subcategory Sub-Total:** | | $13,726.95 |

| Client | Category | Subcategory | Individuals | Hours | Rate | Fees | Subtotals |
|---|---|---|---|---|---|---|---|
| **Salazar Attorneys' Fees** | **2022 Application** | | | | | | |
| | | **2nd Quarter Consent Motion** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | KLM | 0.283 | $997.00 | $282.15 | |
| | | | | | **Subcategory Sub-Total:** | | **$282.15** |
| **Salazar Attorneys' Fees** | **2022 Submissions** | | | | | | |
| | | **3rd Quarter Settlement Submission** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 5.683 | $829.00 | $4,711.21 | |
| | | | KLM | 0.267 | $997.00 | $266.20 | |
| | | | <u>Paralegal</u> | | | | |
| | | | AMB | 7.550 | $225.00 | $1,698.75 | |
| | | | LGC | 7.084 | $225.00 | $1,593.90 | |
| | | | | | **Subcategory Sub-Total:** | | **$8,270.06** |
| | | **Negotiations with Def.** | | | | | |
| | | | <u>Attorney</u> | | | | |
| | | | ZSF | 0.533 | $829.00 | $441.86 | |
| | | | | | **Subcategory Sub-Total:** | | **$441.86** |
| | | | | | **Client Sub-Total:** | | **$22,721.02** |
| | | | **Grand Totals:** | **381.86** | | | **$88,362.29** |